**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

William Kelley, )            No.    CV 06-3056-PCT-PGR
                         )
            Plaintiff,    )
                         )
    vs.                   )            **ORDER**
                         )
                         )
                         )
Jo Anne Barnhart, Social Security )
Administration,            )
                         )
            Defendant.    )
_____)

  I, Paul G. Rosenblatt, Judge of the United States District Court for the District of Arizona, hereby GRANT the application for leave to proceed in *forma pauperis*, without prepayment of costs or fees or the necessity of giving security therefore.  Plaintiff shall be responsible for service by waiver or of the summons and complaint.  The Clerk shall forthwith notify the Plaintiff of the entry of this order.

  DATED this 16th day of January, 2007.

Paul G. Rosenblatt
United States District Judge